# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 21-cr-038** |
| | : | |
| **LAWRENCE ROOKS** | : | |
| | : | |

## ORDER

**AND NOW**, on this **28th** day of **November 2023**, upon consideration of Defendant's *pro se* Motion to Vacate, Set Aside, or Correct a Sentence Under 28 U.S.C. § 2255 (ECF No. 70) and the Government's Response in Opposition (ECF No. 77), it is **hereby ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion (ECF No. 70) is **DENIED**.

BY THE COURT:

*/s/ Chad F. Kenney*
_____
**CHAD F. KENNEY, J.**